UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CURTIS S. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.   C05-1600RSL-MJB |
| | ) | |
| v. | ) | |
| | ) | |
| DETECTIVE ROBERT SHILLING, *et al.*, | ) | ORDER DISMISSING CIVIL RIGHTS |
| | ) | ACTION WITH PREJUDICE |
| Defendants. | ) | |
| | ) | |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's complaint, and this action, are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

(3) Plaintiff's request for appointment of counsel (Dkt. No. 10) is DENIED.

ORDER DISMISSING CIVIL RIGHTS
ACTION WITH PREJUDICE - 1

1  (4)  The Clerk is directed to send copies of this Order to plaintiff and to the Honorable

2  Monica J. Benton

3  DATED this 2nd day of March, 2006.

*[signature: Robert S. Lasnik]*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING CIVIL RIGHTS
ACTION WITH PREJUDICE - 1