UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS S. THOMPSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT SHILLING, *et al.*,<br><br>    Defendants. | No. C05-1600L<br><br>ORDER DENYING PLAINTIFFS'<br>MOTION FOR<br>RECONSIDERATION |

On March 14, 2006, plaintiff filed a timely request for reconsideration of the Court's "Order Dismissing Civil Rights Action With Prejudice." Motions for reconsideration are disfavored in this district. Such motions will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier without reasonable diligence." Local Civil Rule 7(h)(1). After again considering the objections filed by plaintiff on February 1, 2006, and February 7, 2006 (Dkt. # 12 and 13) as well as the "additional information" submitted with his request for reconsideration (Dkt. # 16), the Court finds that plaintiff has not met his burden.

Plaintiff's request for reconsideration is therefore DENIED. If, as was suggested in his last submission, plaintiff intends to appeal the Court's judgment in favor of defendants, he

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION - 1

should review the Federal Rules of Appellate Procedure, particularly Rules 3 and 4. Pursuant to those rules, plaintiff should file a notice of appeal containing the information required by Fed. R. App. P. 3(c) with the district court clerk within thirty days after judgment was entered. Although this time period may be extended by operation of Fed. R. App. P. 4(a)(4) or on plaintiff's motion, the safest course of action is to file the notice of appeal within thirty days of March 2, 2006.

DATED this 28th day of March, 2006.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION - 2