UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS S. THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT SHILLING, *et al.*,<br><br>    Defendants. | No. C05-1600L<br><br>ORDER DENYING PLAINTIFFS'<br>MOTION FOR REHEARING |

This matter comes before the Court on plaintiff's letter request for a "re-hearing on the late filed complaints of violating my 'nolo contendere plea'" in the above-captioned matter. Dkt. # 21. Plaintiff raised similar arguments regarding consideration of additional claims in a motion for reconsideration filed on March 14, 2006. Dkt. # 16. That motion was denied. Dkt. # 17. Whether plaintiff's current request for rehearing is considered a motion for reconsideration, a motion for new trial, or a motion to amend the judgment, it is untimely. Judgment was entered against plaintiff on March 2, 2006, and plaintiff has filed a notice of appeal to the Ninth Circuit Court of Appeals. Plaintiff's claims, including any challenge he may have to the Court's denial of his motion for reconsideration, are properly before the Ninth Circuit: unless and until the appellate court remands the matter to the undersigned following appeal, no further relief is available from this Court.

ORDER DENYING PLAINTIFF'S
MOTION FOR REHEARING - 1

1   For all of the foregoing reasons, plaintiff's request for a rehearing is DENIED.

3   DATED this 10th day of April, 2006.

*(signature)*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR REHEARING - 2